NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KELVIN ALBERTO PEREZ,       )
                            )
        Appellant,          )
                            )
v.                          )       Case No.  2D19-4174
                            )
STATE OF FLORIDA,           )
                            )
        Appellee.           )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard Sanders, Assistant Public
Defender, Bartow, for Appellant.

Kelvin Alberto Perez, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, SLEET, and ATKINSON, JJ., Concur.